UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT LECHKY,<br><br>                              Plaintiff,<br><br>–*against*–<br><br>MANISH NAYAR; OYA SOLAR NY, L.P.; OYA SOLAR US GP INC.; MANISH NAYAR HOLDINGS INC; OYA SOLAR CDG LLC; OYA SOLAR CORP., *and* OYA DOE DEFENDANTS 1-25,<br>                              Defendants. | **ORDER**<br><br>23-cv-1355 (ER) |

Ramos, D.J.:

     This matter was removed to this Court on February 16, 2023. Doc. 1. On March 1, 2023, Defendants filed a pre-motion conference letter in anticipation of filing a motion to dismiss the Complaint. Doc. 10. Accordingly, a pre-motion conference was scheduled for March 10, 2023 at 10:30 a.m. and Plaintiff was directed to respond to the pre-motion conference letter. Doc. 11. On March 10, 2023 counsel for Plaintiff did not attend the initial pretrial conference and, as of the date of this Order, has not entered an appearance in this matter.

     The pre-motion conference is hereby rescheduled and will be held **March 21, 2023 at 11:00 a.m.** The parties are directed to call (877) 411-9748 and enter access code 3029857# when prompted.

Counsel for Defendant, Ivan Novich, is directed to serve this Order on Plaintiff's counsel via overnight mail, first-class mail, and email **by no later than March 10, 2023**. Mr. Novich is further directed to file an affidavit of service.

It is SO ORDERED.

Dated: March 10, 2023
      New York, New York

_____
Edgardo Ramos, U.S.D.J.